600

*Biggs* for the United States. *Mr. Charles F. Fawsett* for respondent.

No. 346. HAY, EXECUTOR, *v.* IRVING TRUST CO., TRUSTEE IN BANKRUPTCY. October 15, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Henry S. Miller* for petitioner. *Mr. Wm. D. Whitney* for respondent.

No. 348. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* WALLACE, EXECUTRIX. October 15, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General Biggs* for petitioner. *Mr. Cedric A. Major* for respondent.

No. 349. JOSEPH JOSEPH & BROTHERS CO. *v.* UNITED STATES. October 15, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Preston B. Kavanaugh* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris, Frank J. Ready, Jr.,* and *H. Brian Holland* for the United States.

No. 350. SHAWKEE MANUFACTURING CO. ET AL. *v.* HARTFORD-EMPIRE CO. October 15, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Drury W. Cooper, Allan C. Bakewell,* and *William B. Jaspert* for petitioners. *Messrs. Clarence P. Byrnes, Vernon M. Dorsey, Thomas G. Haight, Wm. J. Belknap,* and *Robson D. Brown* for respondent.